# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:25−cr−00328 |
| | Honorable April M. Perry |
| Khamryn Zyiel Johnson | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2025:

    MINUTE entry before the Honorable Maria Valdez as to Khamryn Zyiel Johnson: By agreement of the parties, the arraignment hearing set for 9/10/25 at 11:00 a.m. is stricken and reset to 9/17/25 at 11:00 a.m. in Courtroom 1041. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.